654 A.2d 527

**D.L. MILLER ENTERPRISES, Appellant**

v.

**COMMONWEALTH of Pennsylvania, UNEMPLOYMENT COMPENSATION BOARD OF REVIEW.**

Supreme Court of Pennsylvania.

Argued Jan. 26, 1995.

Decided Feb. 14, 1995.

James A. Miller, Harrisburg, for D.L. Miller, Enterprises.

Linda S. Lloyd and James K. Bradley, Harrisburg, for U.C.B.R.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

**ORDER**

PER CURIAM:

Prior Report: 647 A.2d 905.

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation.